IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Tygari D., <br><br> *Plaintiff,* <br><br> v. <br><br> Kilolo Kijakazi, *Commissioner of Social Security,* <br><br> *Defendant.* | Civil No. 1:20-cv-697 <br> Hon. Liam O'Grady <br> Hon. Michael S. Nachmanoff |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by the Honorable Judge Michael Nachmanoff ("Recommendation") on October 22, 2021. Dkt. 26. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was November 5, 2021. To date, no objections have been filed. After reviewing the record and Judge Nachmanoff's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation. Dkt. 26. It is hereby **ORDERED** that the Plaintiff's Motion for Summary Judgment (Dkt. 21) is **DENIED**. It is further **ORDERED** that the Defendant's Motion for Summary Judgment (Dkt. 23) is **GRANTED** and the Administrative Law Judge's decision is **AFFIRMED**.

It is so **ORDERED**.

November 8, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge